**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELVIN ANDREW JONES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. CV 18-0407 SS<br><br><br>**JUDGMENT** |

For the reasons stated in the Memorandum Decision and Order, IT IS HEREBY ADJUDGED that the above-captioned action is dismissed.

DATED: June 4, 2018　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　――――――――――――――――
　　　　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE